Alfred PAGE, Appellant,

v.

UNITED STATES of America.

No. 15195.

United States Court of Appeals
Eighth Circuit.

Nov. 12, 1954.

Alfred Page, pro se.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Alfred PAGE, Appellant,

v.

UNITED STATES of America.

No. 15196.

United States Court of Appeals
Eighth Circuit.

Nov. 12, 1954.

Alfred Page, pro se.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Harold L. WARNER and Warner Holding Company, Petitioners,

v.

Matthew M. JOYCE, Judge of the United States District Court, District of Minnesota, Fourth Division.

No. 15178.

United States Court of Appeals
Eighth Circuit.

Nov. 15, 1954.

R. H. Fryberger and M. R. Keith, Minneapolis, Minn., for petitioners.

Covell & Bachelder, Minneapolis, Minn., for respondent.

Motion and petition of petitioners for writ of prohibition denied.

Ronald VALENTINE, a Minor, by Helen Penfield, his Mother and Natural Guardian, Appellant,

v.

WABASH RAILROAD COMPANY, a corporation.

No. 15131.

United States Court of Appeals
Eighth Circuit.

Nov. 16, 1954.

Sherman Landau, St. Louis, Mo., for appellant.

Lashly, Lashly & Miller, St. Louis, Mo., for appellee.

Appeal from District Court dismissed for want of prosecution.